IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

              v.          Civil No. 13-50070-001

MARIO ALBERTO RECINOS-MANCIA                                          DEFENDANT

### ORDER

Now on this 17TH day of July, 2013, comes on for consideration the **Magistrate Judge's Report and Recommendation** (Doc. 15) filed herein on July 9, 2013, by the Honorable Erin L. Setser, United States Magistrate Judge for the Western District of Arkansas; and the **Magistrate Judge's Amended Report and Recommendation** (Doc. 16) filed herein on July 17, 2013.  The parties have waived their right to file objections to the documents.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows:

* the **Magistrate Judge's Report and Recommendation** (Doc. 15) is **denied as moot**; and,

* the **Magistrate Judge's Amended Report and Recommendation** (Doc. 16) is proper and should be, and hereby is, adopted in its entirety.

Accordingly, the Court accepts the Defendant's guilty plea to illegal re-entry into the United States after being previously removed/deported, in violation of 8 U.S.C. § 1326(a), and the Court tentatively approves the written plea agreement, subject to final approval at sentencing.

**IT IS SO ORDERED.**

          /s/ Jimm Larry Hendren
          JIMM LARRY HENDREN
          UNITED STATES DISTRICT JUDGE